# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ROBERT D SHELDON, SR.,** | |
| **Plaintiff,** | 4:24CV3001 |
| vs. | ORDER |
| **COLLECTIONS ACQUISITION COMPANY, INC., EXPERIAN INFORMATION SOLUTIONS INC., and TRANS UNION, LLC,** | |
| **Defendants.** | |

After review of the notice of settlement (Filing No. 6) filed by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **February 22, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the claims against Trans Union, LLC;

2. Absent compliance with this order, this plaintiff's claims against Trans Union, LLC may be dismissed without further notice.

Dated this 8th day of January, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge