# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ROBERT D SHELDON, SR.,** | |
| Plaintiff, | 4:24CV3001 |
| vs. | ORDER |
| **COLLECTIONS ACQUISITION COMPANY, INC., and EXPERIAN INFORMATION SOLUTIONS INC.,** | |
| Defendants. | |

After review of the notice of settlement (Filing No. 19) filed by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **April 1, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the claims against Experian Information Solutions, Inc.;

2. Absent compliance with this order, this plaintiff's claims against Experian Information Solutions, Inc. may be dismissed without further notice.

Dated this 15th day of February, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge