# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ROBERT D SHELDON, SR.,** | |
| **Plaintiff,** | **4:24CV3001** |
| vs. | **ORDER** |
| **COLLECTIONS ACQUISITION COMPANY, INC., d/b/a PAYLIANCE, d/b/a CYBERCOLLECT,** | |
| **Defendant.** | |

After review of the notice of settlement (Filing No. 30) filed by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **April 25, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the claims against Collections Acquisition Company, Inc. d/b/a Payliance, d/b/a Cybercollect;

2. Absent compliance with this order, this plaintiff's claims against Collections Acquisition Company, Inc., d/b/a Payliance, d/b/a Cybercollect, may be dismissed without further notice.

Dated this 25th day of March, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge